# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-375-MOC
# (3:13-cr-218-MOC-DSC-1)

| | |
|---|---|
| PATRICK OBRIAN ARTIS, | ) |
| Petitioner, | ) |
| vs. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

UPON MOTION of the United States, (Doc. No. 3), to hold this action in abeyance until the Supreme Court renders a decision in United States v. Beckles, No. 15-8544,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 3), is **GRANTED**. The Government shall have 60 days following the decision in Beckles to file its response to Petitioner's motion to vacate.

Signed: November 22, 2016

Max O. Cogburn Jr.
United States District Judge